DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

GARY GE

Debtor

Chapter 13

Case No. 22-50663 MEH

**NOTICE OF HEARING ON MOTION TO DISMISS PRE-CONFIRMATION**
**(with Certificate of Service)**

Date: April 20, 2023
Time: 1:30 PM
Place: Courtroom 11 **
       280 S. 1st St.
       San Jose, CA 95113

Judge: Hon. M. Elaine Hammond

PLEASE TAKE NOTICE THAT on April 20, 2023 at 1:30 PM, or as soon thereafter as the matter can be heard by the Honorable M. Elaine Hammond, a hearing will be held on the Trustee's Motion to Dismiss Pre-Confirmation Pursuant To 11 U.S.C. § 1307(c) (the "Motion") [Docket #67] and Debtor's opposition thereto [Docket #83].

** Counsel, parties, and other interested parties may attend the hearing in person or by Zoom. Additional information is available on Judge Hammond's Procedures page on the court's website. Information on attending the hearing by Zoom will be provided on Judge Hammond's calendar, posted no later than seven (7) days prior to the hearing date.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov  for information about court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling  888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you have received this notice of hearing without the Motion documents and would like a complete copy of the Motion in this case, please request a copy from the Bankruptcy Court Clerk's office, PACER online service, or the Trustee's office by contacting the Office of Devin Derham-Burk, Trustee, P.O. Box 50013, San Jose, CA  95150-0013.

**Pursuant to Bankruptcy Local Rule 9014-1(c)(3), any reply by the initiating party to the objecting party's opposition must be filed no less than SEVEN (7) days before the hearing.**

Dated:  April 05, 2023

/s/ Nanette Dumas
Attorney for
Devin Derham-Burk
Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE BY MAIL**
**[B.R. 7005, F.R.C.P.5, B.L.R. 9013-3(c)]**

I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Ct., Los Gatos, CA 95032. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal service that same day in the ordinary course of business. I served the within NOTICE OF HEARING ON MOTION TO DISMISS PRE-CONFIRMATION by placing same in an envelope in the Trustee's internal mail collection system to be delivered by mail with the United States Postal Service with postage prepaid in a sealed envelope on April 05, 2023. Said envelopes were addressed as follows:

GARY GE
1992 BOWERS AVE
SANTA CLARA, CA 95051

GEOFFREY E WIGGS
LAW OFFICES OF GEOFF WIGGS
1900 SOUTH NORFOLK ST #350
SAN MATEO, CA 94403

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on April 05, 2023 at Los Gatos, California.

/s/ Nicole Costa
Office of DEVIN DERHAM-BURK
Chapter 13 Standing Trustee